# Notice Recipients

| District/Off: 0314–1 | User: DDunbar | Date Created: 6/11/2015 |
|---|---|---|
| Case: 1:15–ap–00012–MDF | Form ID: pdf010 | Total: 4 |

**Recipients of Notice of Electronic Filing:**
aty    Brent Diefenderfer    bdiefenderfer@cgalaw.com

                                                                              TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
pla    Mark Steven Tomey, Sr    5335 Shaffer Mill Road    Manchester, MD 21102
dft    Paul W. Dizinno    229 Dew Drop Road    York, PA 17402
ust    United States Trustee    228 Walnut Street, Suite 1190    Harrisburg, PA 17101

                                                                              TOTAL: 3